## Tallman *et al. v.* Tallman *et al.*

APPEAL from Montgomery City Court, in Equity. Heard before the Hon. A. D. SAYRE.

J. WINTER THORINGTON, for appellants.

WILLIAM S. THORINGTON, for appellees.

The bill in this case was filed by the appellees against the appellants. In February, 1892, Charles D. Tallman, by will bequeathed to Richard P. Tallman a considerable sum of money (about $2,000) in trust for the children of said Richard P. Tallman, who are the complainants, to be managed by him at his discretion for their benefit, and without any bond being required of said Richard P. Tallman. The said Richard P. Tallman, after receiving the money, became enfeebled in health, and apprehending that in the event of his death his wife would be unable to give the bond that would be necessary to enable her to assume the trust, and that the trust estate would therefore pass into the hands of strangers, he concluded to invest, and did invest, the remaining portion of the trust funds in the house and lot described in the bill, taking the deed in the wife's name. In this there was no purpose to benefit himself but the *cestuis que trust*. After that the wife became insane and remains hopelessly so.

The bill is filed by the *cestuis que trust* to vacate the conveyance to the wife and to invest the title in the trustee for the benefit of the *cestuis que trust* subject to the original trust. The court below granted the relief prayed and from that decree the appeal is taken.

The decree is affirmed.